AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

Frank Staples, Kathleen Bussiere
*Plaintiff(s)*

v.

Chris Sununu, John Formella
Charles O'Leary, ~~State of NH~~
*Defendant(s)*
72 John Does

Civil Action No. 1:24-cv-331-LM-TSM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Formella
1 Granite Place
Concord, NH 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct. 25, 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of

Frank Staples, Kathleen Bussiere
*Plaintiff(s)*

v.

Chris Sununu, John Formella, Charles O'Leary, ~~State of NH~~
*Defendant(s)*
72 John Does

Civil Action No. 1:24-CV-331-LM-TSM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

72 John Does
1 Granite Place
Concord, NH 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct. 25th, 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of

Frank Staples, Kathleen Bussiere
_____
*Plaintiff(s)*

v.

Chris Sununu, John Formella
Charles O'Leary, ~~State of NH~~
_____
*Defendant(s)* 72 John Does

Civil Action No. 1:24-cv-331-LM-TSM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Charles O'Leary
33 Hazen Drive
Concord, NH 03305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Oct. 25th, 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of

Frank Staples, Kathleen Bussiere
_____
Plaintiff(s)

v.

Chris Sununu, John Formella
Charles O'Leary, ~~State of NH~~
_____
Defendant(s) 72 John Does

Civil Action No. 1:24-CV-331-LM-TSM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gov. Chris Sununu
107 N. State Street
Concord, NH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct. 25th, 2024

_____
*Signature of Clerk or Deputy Clerk*