FILED - USDC -NH
2024 OCT 25 PM 2:27

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Frank Staples, Kathleen Bussiere
Plaintiff(s)

v.

Gov Chris Sununu, et al
Defendant(s)

Case No. 1:24-CV-331-LM-TSM

MOTION TO/FOR Recusal of Talesha L. Saint-Marc
(enter title of motion)

I'm requesting the recusal of Talesha Saint-Marc due to her involvement and bearing witness to the theft of my phone by a witness in the case she was overseeing. She ultimately allowed the theft of my phone. Thank you for your time and consideration.

(Attach additional sheets if necessary)

USDCNH-101 (Rev. 2/26/13)

Page 1 of 3

Date: Oct. 25th, 2024

_____
Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☒ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

> It should be clear that we must avoid any conflicts and appearances of impropriety.

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: _____

Signature

Name: _____

Address: _____

Phone: _____

Email: _____