AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Christopher Sununu__
was received by me on *(date)* __12.4.24__.

☑ I personally served the summons on the individual at *(place)* __New Hampshire Capitol Building, Executive Council Meeting__ on *(date)* __12 4 2024__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __12.4.2024__

*Server's signature*

__Robert McClory__
*Printed name and title*

__32 Grady Hill RD Goffstown NH__
*Server's address*

Additional information regarding attempted service, etc: