UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Case No. 1:24-cv-00331-LM-TSM

Frank Staples and Kathleen Bussiere, Plaintiffs

v.

Governor Chris Sununu, et al., Defendants

PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR UNWARRANTED EXTENSION OF TIME TO RESPOND TO COMPLAINT

---

NOW COME the Plaintiffs, Frank Staples and Kathleen Bussiere, and respectfully object to the Defendants' "Motion To Set Single Deadline…" (Doc. [8]). As grounds for this objection, Plaintiffs state as follows:

1. Service Completed: On December 27, 2024, Plaintiffs served the Attorney General of New Hampshire at 1 Granite Place upon Attorney Christopher G. Bond, who accepted service on behalf of Defendant John Formella, Defendant Charles O'Leary, and the 72 unnamed law enforcement officers ("John Doe Law Enforcement Defendants"). Proof of service containing three proof of service forms are attached to this filing as Exhibit A as pages 2, 4, and 6 of Document #3.

2. Moot Request for Waiver: The Defendants' request to waive service, as stated in prior filings (Docs. 6 and 7), is now moot. Moreover, plaintiffs did not request waivers of service and proceeded with in-hand service as permitted by Federal Rule of Civil Procedure 4.

3. Contradictory Statements: In Document 6 and 7, Attorney Garland falsely represented to the Court that he had received a request to waive service of summons. This is factually inaccurate, as neither Plaintiff issued such a request and no such request exists in the court record. Furthermore, Document 8 contradicts the prior assertions of Document 6 and 7, acknowledging that service had been completed upon Sununu. This inconsistency reflects a clear attempt to delay responding to the Complaint and contravene the court rules.

4. Timeliness of Service and Response Deadline: Defendant Governor Sununu was served on December 4, 2024, establishing a response deadline of December 24, 2024. No timely response or valid justification for an extension has been provided.

5. Lack of Legitimate Basis for Extension: Defendants' motion fails to cite any substantive reason necessitating additional time beyond a general request. Mere convenience or strategic delay does not satisfy the standards for granting such motions.

6. Plaintiffs' Have Now Served the Remaining Defendants: Plaintiffs affirm that as of December 27, 2024, all named Defendants have been served. Defendants now have ample time to respond within the statutory deadlines and should not be afforded further extensions. Particularly under a waiver of service standard that was never initiated nor agreed upon by Plaintiffs, but rather steamrolled upon us as if we have no choice.

---

PRAYER FOR RELIEF
WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

1. Deny Defendants' Motion for Extension of Time to Respond to Complaint;

2. Enter default against Defendant Governor Chris Sununu for failure to respond by December 24, 2024;

3. Order Defendants Formella, O'Leary, and the John Doe Law Enforcement Defendants to respond within the applicable statutory deadline of 21 days from receipt of the summons and complaint; and

4. Grant such further relief as this Court deems just and equitable.

Respectfully submitted,

*[signature]*

Frank Staples
332 Merrimack Street
Manchester, NH 03103
(603) 722-5408
Absolutedefiance@protonmail.com

*[signature: Kathleen Bussiere]*

Kathleen Bussiere
178 S. Main Street, Apt 3
Newton, NH 03858
(603) 770-2015
kaffatina@yahoo.com

Date: December 27, 2024

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the foregoing Objection has been served via the Court's CM/ECF system on all counsel of record and via certified mail to any unregistered parties.

[Your Signature]

*[signature: Kathleen Bussiere]*

*[signature]*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED - USDC -NH
2024 DEC 27 AM 11:50

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __John Formella__
was received by me on *(date)* __12/27/24__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Christopher Bond__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __State of NH__
on *(date)* __12/27/24__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/27/24__

_Russan Chester_
Server's signature

_Russan Chester_
Printed name and title

__34 John Goffe Dr, Bedford, NH 03110__
Server's address

Additional information regarding attempted service, etc:

Print     Save As...     Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED - USDC - NH
2024 DEC 27 AH 11:50

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __72 John Doe's__
was received by me on *(date)* __12/27/24__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Christopher Bond__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __State of NH__
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/27/24__

*Russan Chester*
Server's signature

*Russan Chester*
Printed name and title

34 John Goffe Dr
Bedford, NH 03110
Server's address

Additional information regarding attempted service, etc:

FILED - USDC -NH
2024 DEC 27 a 11:50

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Charles O'Leary__
was received by me on *(date)* __12/27/24__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Christopher Bond__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __State of NH__
_____ on *(date)* __12/27/24__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/27/24__

__Russan Chester__
Server's signature

__Russan Chester__
Printed name and title

__34 John Goffe Dr__
__Bedford, NH 03110__
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset