AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED - USDC -NH
2024 DEC 27 AM 11:50

This summons for *(name of individual and title, if any)* __John Formella__
was received by me on *(date)* __12/27/24__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Christopher Bond__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __State of NH__
_____ on *(date)* __12/27/24__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/27/24__

__Russan Chester__
Server's signature

__Russan Chester__
Printed name and title

__34 John Goffe Dr, Bedford, NH 03110__
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED - USDC -NH
2024 DEC 2

This summons for *(name of individual and title, if any)* __72 John Doe's__
was received by me on *(date)* __12/27/24__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Christopher Bond__, who is
designated by law to accept service of process on behalf of *(name of organization)* __State of NH__
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/27/24__

__Russan Chester__
Server's signature

__Russan Chester__
Printed name and title

__34 John Goffe Dr__
__Bedford, NH 03110__
Server's address

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]   [ Reset ]

FILED - USDC -NH
2024 DEC 27 AM 11:50

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Charles O'Leary__
was received by me on *(date)* __12/27/24__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Christopher Bond__, who is designated by law to accept service of process on behalf of *(name of organization)* __State of NH__
on *(date)* __12/27/24__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/27/24__

__Russan Chester__
Server's signature

__Russan Chester__
Printed name and title

__34 John Goffe Dr__
__Bedford, NH 03110__
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset