# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Frank Staples, et al. <br> *Plaintiff* <br> v. <br> Governor, NH, State of, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:24-cv-00331-LM-TSM <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Governor Chris Sununu, Attorney General John Formella

Date:  January 17, 2025

/s/Shawna Bentley
*Attorney's signature*

Shawna Bentley Bar No. 270149
*Printed name and bar number*

1 Granite Place South
Concord, NH 03301
*Address*

shawna.bentley@doj.nh.gov
 *E-mail address*

(603) 271-3658
*Telephone number*

(603) 271-2110
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on all parties of record through the court's electronic filing system.

| | |
|---|---|
| January 17, 2025 | /s/Shawna Bentley |
| Date | Signature |