USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Frank Staples, et al ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:24-cv-00331-LM-TSM |
| Chris Sununu, et al ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles O'Leary

Date:     02/18/2025

/s/ Christina M. Wilson
*Attorney's signature*

Christina M. Wilson, Bar# 268553
*Printed name and bar number*

1 Granite Place South
Concord, NH 03301

*Address*

Christina.M.Wislon@doj.nh.gov
*E-mail address*

(603) 271-3675
*Telephone number*

(603) 271-2110
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

I hereby certify that this Appearance was served on all parties of record through the court's electronic filing system

Conventionally Served:

| 02/18/2025 | /s/ Christina Wilson |
|---|---|
| Date | Signature |