UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Frank Staples, et al.,                *
                                      *
            Plaintiff,                *
    v.                                *    Civil No. 1:24-cv-00331-LM-TSM
                                      *
Christopher Sununu, Governor, et al., *
                                      *
            Defendants.               *
                                      *
*************************************
```

## OBJECTION TO PLAINTIFFS' MOTION FOR EXPEDITED RULING ON PENDING MATTERS (ECF DOC. NO 26)

The New Hampshire Governor and the New Hampshire Attorney General submit the above-captioned pleading, stating in support thereof as follows:

1. Plaintiffs submitted an "Expedited Motion for Court to Rule on Pending Matters Before Considering Defendants' Motion to Dismiss" on or around March 3, 2025. ECF No. 26.

2. At best, the only new relief Plaintiffs seek in this most recent Motion is an expedited ruling on motions which are already pending. Defendants object, and note as a preliminary matter that, by definition, each of Plaintiffs' motions already contain a request for ruling thereon.

3. Plaintiffs' most recent Motion is duplicative, and Defendants object to same largely for the same reasons it has noted in its various previous responsive pleadings, which are incorporated herein by reference. *See e.g.* Objection to Motion to Strike (ECF No. 24), Response to [14] Objection to Magistrate Judge's Order (ECF No. 16).

WHEREFORE, Defendants respectfully requests that this Honorable Court:

   A. Note the within Objection;

   B. Grant such other and further relief as the Court deems just and proper.

                                            Respectfully submitted,

                                            Governor Chris Sununu, and
                                            Attorney General John Formella

                                            By their attorney,

                                            THE OFFICE OF THE ATTORNEY GENERAL

Dated: March 17, 2025                /s/ Shawna Bentley
                                            Shawna Bentley, Bar #270149
                                            Attorney
                                            Civil Bureau
                                            NH Department of Justice
                                            1 Granite Place South
                                            Concord, NH 03301
                                            shawna.bentley@doj.nh.gov
                                            (603) 271-6836

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was sent this day by first class mail to each of the plaintiffs at the address listed in the CM/ECF docket.

                                            /s/ *Shawna Bentley*
                                            Shawna Bentley