UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Frank Staples, et al.,                *
                                      *
            Plaintiff,                *
    v.                                *   Civil No. 1:24-cv-00331-LM-TSM
                                      *
Christopher Sununu, Governor, et al., *
                                      *
            Defendants.               *
                                      *
*************************************
```

**STATE DEFENDANTS' OBJECTION TO ECF DOC. NO. 32: PLAINTIFF'S MOTION FOR "RECONSIDERATION, REQUEST FOR FINDINGS OF FACT AND RULINGS OF LAW, AND NOTICE OF POTENTIAL INTERLOCUTORY APPEAL"**

The New Hampshire Governor and the New Hampshire Attorney General submit the above-captioned pleading, stating in support thereof as follows:

1. Plaintiff moves for this Court to reconsider its March 6, 2025 Order (*McCafferty*, J.), which Order states in part as follows:

   > *The court construes doc. no. 14 and the responsive filings (doc. nos. 18 and 19) as plaintiffs' objection to the Magistrate Judge's January 13, 2025 orders granting defendants' motion to extend the answer deadline and denying plaintiffs' motion for default as moot in light of that extension. Having carefully considered plaintiffs' objection, the court adopts both of the Magistrate Judge's January 13 orders.*

2. ECF Doc. No. 14 is Plaintiffs' *Objection to Magistrate Judge's Order(s) mooting Motion for Default and granting Motion for Extension of Time to Answer*.

3. ECF Doc. Nos. 18 and 19 are Plaintiffs' *Reply to Defendants' Response and Motion for Default Judgment & Sanctions* and Plaintiff'' *Response to Defendants' Objection and Request for Court Reconsideration of Magistrate Orders*, respectively.

4. Plaintiffs also requests Findings of Fact and Rulings of Law (a re-brand of their prior, repeated, requests that the Court clarify its previous orders), and put this Court on notice of a "potential interlocutory appeal" if the Court does not rule in their favor. *See* ECF Doc No. 32-1 at 4.

5. Plaintiffs have made these arguments before. Indeed, the substance of the underlying Motion relates to the same issues (the waivers of service and Defendants' responsive pleading deadline) which have long since been ruled on and become moot.

6. Defendants' Motions to Dismiss have been on file since February. *See* ECF Doc. Nos. 22, 23

7. Despite this, Plaintiffs continue to try to breathe life into their arguments regarding the service waivers and the responsive pleading deadlines. *See* ECF Doc. No. 32 at 1 (requesting reconsideration and more specific rulings on ECF Doc. Nos. 9, 10, 17, and 26).

8. The State Defendants have filed repeated objections on these issues. *See e.g.* State Defendants' *Response to [14] Objection to Magistrate Judge's Order* (ECF No. 16), State Defendants' *Objection to Motion to Strike* (ECF No. 24), State Defendants' *Objection to Plaintiffs' Motion for Expedited Ruling on Pending Matters* (ECF DOC. NO 30). The State Defendants hereby incorporate said pleadings by reference.

9. For the reasons already litigated *ad nauseum* (i.e. that the Court acted within its discretion at all times, and the issues are now moot regardless) Plaintiffs' March 14, 2025 Motion for Reconsideration must be denied.

WHEREFORE, Defendants respectfully requests that this Honorable Court:

A. Note the within Objection;

B. Deny the relief requested in Plaintiffs' Motion for Reconsideration (ECF Doc. No. 32); and

C. Grant such other and further relief as the Court deems just and proper.

        Respectfully submitted,

        Governor Chris Sununu, and
        Attorney General John Formella

        By their attorney,

        THE OFFICE OF THE ATTORNEY GENERAL

Dated: March 28, 2025        /s/ Shawna Bentley
        Shawna Bentley, Bar #270149
        Attorney
        Civil Bureau
        NH Department of Justice
        1 Granite Place South
        Concord, NH 03301
        shawna.bentley@doj.nh.gov
        (603) 271-6836

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this day by first class mail to each of the plaintiffs at the address listed in the CM/ECF docket.

        */s/ Shawna Bentley*
        Shawna Bentley