USDC -NH
MAR 26 PM3:43

Affidavit of Frank Staples

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Frank Staples and Kathleen Bussiere, Plaintiffs
v.
Governor Christopher T. Sununu, et al., Defendants
Civil No.: 1:24-cv-00331-LM-TSM

---

AFFIDAVIT OF FRANK STAPLES IN SUPPORT OF DOC 17 "MOTION TO STRIKE DOCUMENTS 6 & 7"

I, Frank Staples, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a named Plaintiff in the above-captioned civil action.

2. I make this affidavit in support of Plaintiffs' Motion to Strike Documents 6 and 7 (ECF No. 17), which were filed by the Defendants on December 20, 2024, purporting to be waivers of service under Federal Rule of Civil Procedure 4(d).

3. I did not receive, sign, authorize, or return any waiver of service form to any Defendant, attorney, or agent in this case.

4. I was personally served with the summons and complaint in this matter, and I did not waive service under Rule 4(d).

5. The waiver form submitted as Document 6 does not bear my signature or any authorization from me.

6. The filing of that waiver without my consent constitutes a procedural misrepresentation that has prejudiced my rights and caused confusion in the record.

7. I respectfully request that Document 6 be stricken from the record and that the Court take judicial notice that no valid waiver of service was executed by me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 25th, 2025

Frank Staples
Frank Staples
332 Merrimack Street
Manchester, NH 03103

Respectfully submitted,

Frank Staples, Pro Se
332 Merrimack Street
Manchester, NH 03103
(603) 722-5408
Absolutedefiance@protonmail.com

Date: March 25, 2025

---

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing motion has been served via the Court's CM/ECF system on all counsel of record on this day, March 26, 2025.

Frank Staples