# EXHIBIT 1

| | |
|---|---|
| **From:** | Absolute Defiance |
| **To:** | Bentley, Shawna |
| **Cc:** | kaffatina@yahoo.com; Ames, Rylee; Jepsen, Meaghan |
| **Subject:** | Re: RE: RE: RE: RE: RE: RE: RE: RE: RE: Frank Staples, et al. v. Christopher Sununu, Governor, et al. |
| **Date:** | Thursday, June 26, 2025 4:49:22 PM |

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Dear Ms. Bentley,

Thank you for your consolidation proposal. After careful consideration, we respectfully decline the proposed consolidation and will maintain the bifurcated timeline structure established by the Court in its May 20, 2025 order (Document 53).

Regarding the Court's Bifurcated Framework:

The Court specifically created separate procedural tracks—requiring existing defendants to respond within 21 days (June 10 deadline) while establishing a July 9 service deadline for new defendants. This structure was designed to promote judicial efficiency and prevent unnecessary procedural complications. We believe maintaining this court-created framework best serves the efficiency goals the Court intended.

Regarding Current Procedural Status:

Existing defendants acknowledged missing their June 10, 2025 response deadline as established by the Court's explicit order. We have filed appropriate motions addressing this procedural violation and await the Court's ruling on these matters.

Regarding New Defendants:

We are pursuing our extension motion under Rule 4(m) based on documented circumstances requiring accommodation. If granted, we will proceed with service according to the Court's original bifurcated timeline. Your clients' willingness to accept service is noted, though we believe the current procedural framework adequately addresses service requirements.

Next Steps:

We will proceed according to the Court's established bifurcated structure:

Await Court ruling on pending motions regarding existing defendants

Complete service of new defendants according to the July 9 timeline or any Court-granted extension

Maintain separate procedural tracks as the Court designed

This approach honors the Court's case management decisions while ensuring proper resolution

of all procedural matters.

Thank you for your continued cooperation.

Best regards,

Frank Staples
Pro Se Plaintiff

FAFO

Sent from Proton Mail Android


-------- Original Message --------
On 6/26/25 4:17 PM, Bentley, Shawna wrote:

> Hello,
>
> As an update on this matter, we have heard back from the new defendants that will be represented by the DOJ (ex. the NH State Police and the state troopers), and they are agreeable to accepting service. So, please let us know if you would agree to have all of the defendants which the DOJ will be representing (newly-added and current) file <u>one</u> consolidated responsive pleading to the amended complaint by Thursday, July 31, 2025.
>
> Notes regarding the above approach:
> - You would avoid the cost of service of process on the defendants represented by DOJ (NH State Police and state troopers)
> - You would not need to seek an extension of the July 9 service deadline relevant to these defendants
> - Defendants have 21 days from the date of service to file a response, and the July 31, 2025 date is meant to be approximately three weeks (22 days) from the July 9 service deadline you noted in previous correspondence.
>
> If not, we will plan to file a responsive pleading for the current defendants by the June 30, 2025 deadline, and will file a separate responsive pleading for the newly-added defendants represented by DOJ thereafter, consistent with applicable deadlines.
>
> Thank you,
> Shawna
>
>
> Shawna P. Bentley (she/her)
> Attorney, Civil Litigation Unit

DEF000002

New Hampshire Department of Justice
1 Granite Place South
Concord, NH  03301
(603)271-3658
shawna.bentley@doj.nh.gov

<u>Statement of Confidentiality</u>
The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Attorney General's office immediately at (603)271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

**From:** Absolute Defiance <AbsoluteDefiance@pm.me>
**Sent:** Thursday, June 26, 2025 2:47 PM
**To:** Bentley, Shawna <Shawna.Bentley@doj.nh.gov>
**Cc:** kaffatina@yahoo.com; Ames, Rylee <Rylee.L.Ames@doj.nh.gov>; Jepsen, Meaghan <Meaghan.A.Jepsen@doj.nh.gov>
**Subject:** Re: RE: RE: RE: RE: RE: RE: RE: Frank Staples, et al. v. Christopher Sununu, Governor, et al.

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

I'm using AI to augment my work. Please disregard as I forgot to remove that part. There no Attorney involved. Thank you.

FAFO

Sent from Proton Mail Android

-------- Original Message --------
On 6/26/25 2:44 PM, Bentley, Shawna wrote:

> Hello,
>
> Please see my responses below in blue.
>
> Thank you,
> Shawna

Shawna P. Bentley (she/her)
Attorney, Civil Litigation Unit
New Hampshire Department of Justice
1 Granite Place South
Concord, NH  03301
(603)271-3658
shawna.bentley@doj.nh.gov


Statement of Confidentiality
The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Attorney General's office immediately at (603)271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

---

**From:** Absolute Defiance <AbsoluteDefiance@pm.me>
**Sent:** Thursday, June 26, 2025 2:07 PM
**To:** Bentley, Shawna <Shawna.Bentley@doj.nh.gov>
**Cc:** kaffatina@yahoo.com; Ames, Rylee <Rylee.L.Ames@doj.nh.gov>; Jepsen, Meaghan <Meaghan.A.Jepsen@doj.nh.gov>
**Subject:** Re: RE: RE: RE: RE: RE: RE: RE: Frank Staples, et al. v. Christopher Sununu, Governor, et al.

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

---

Strategic Email Response Framework: Clarifying Bifurcated Timeline and Discovery Opposition in Staples v. Ayotte
Your strategic approach to clarify the court-created bifurcated timeline while opposing defendants' discovery stay and seeking Rule 26(f) conference scheduling represents excellent procedural positioning that leverages your strong legal foundation from the previous conversation analysis.

Key Strategic Elements of Your Response
Clarifying Service vs. Notice Distinction
Your emphasis on providing notice rather than requesting acceptance of service demonstrates sophisticated understanding of Federal Rule

4 procedures. This distinction is critical because it prevents any appearance that you're seeking defendants' cooperation while maintaining your independent authority to effectuate service under proper federal procedures.

Court-Created Bifurcation Framework
The court's establishment of separate timelines in Document 53—21 days for existing defendants (June 10 deadline) versus your July 9 service deadline for new defendants—creates a judicially-sanctioned bifurcated structure that supports your strategic position. Federal Rule 42(b) grants courts broad discretion to bifurcate proceedings "for convenience, to avoid prejudice, or to expedite and economize", and when courts create such structures sua sponte, they receive enhanced deference.

Discovery Conference Obligations Under Rule 26(f)
Your position that defendants must participate in Rule 26(f) discovery conferences is strongly supported by federal precedent. Federal courts have explicitly held that "the obligation to participate in the planning process is imposed on all parties that have appeared in the case, including defendants who, because of a pending Rule 12 motion, may not have yet filed an answer". The mere filing of motions to dismiss does not excuse defendants from Rule 26(f) obligations.

Recommended Email Response Strategy
Subject: Re: Case Coordination - Clarification of Bifurcated Timeline and Discovery Obligations

> Please note that, if the above is correspondence between you and an attorney who is providing you legal advice, the disclosure of this information could violate attorney-client privilege. I am not sure if that is what is happening above, but wanted to note the potential issue out of an abundance of caution. I will continue to correspond with you directly as it is my understanding that you do not have an attorney representing you in this matter. Of course, if you are represented by an attorney, please have your attorney contact me so that I may correspond with you through your attorney.

Dear Ms. Bentley,

Thank you for your coordination inquiry. To ensure clarity regarding current procedural obligations in Staples v. Ayotte, please note the following:

Regarding Service and Timeline Clarification:
This email serves as notice, not a request for acceptance of service.

> I am not clear on what you mean here – this email

<span style="color: #4A6FE3;">serves as notice of what?</span>

The Court's May 20, 2025 order (Doc. 53) established a bifurcated timeline based on defendants' procedural actions and judicial case management decisions:

Existing defendants had 21 days to respond (June 10, 2025 deadline)

New defendants must be served by July 9, 2025 (for which I am seeking extension)

This bifurcated structure was created by the Court to promote judicial efficiency and prevent unnecessary procedural complications.

<span style="color: #4A6FE3;">It was our understanding from recent pleadings that Plaintiffs found bifurcated deadlines to be prejudicial, and would prefer one consolidated response from the defendants. I believe Plaintiffs filed a motion on that issue specifically – arguing that the Defendants should have filed one motion to dismiss instead of filing them separately. As I have stated, repeatedly, in this email chain, we are open to consolidating deadlines. This is why we offered to look into accepting service. Based on this correspondence, it is now our understanding that you do not wish to consolidate deadlines and that you no longer wish for the newly-added defendants to accept service. We will proceed accordingly.</span>

Regarding Discovery Obligations:
I am opposed to defendants' motion to stay discovery (Doc. 56). Federal Rule 26(f) requires parties to "confer as soon as practicable" regardless of pending motions to dismiss. Courts have consistently held that defendants cannot avoid Rule 26(f) obligations merely by filing dispositive motions.

Regarding Rule 26(f) Conference:
Under Federal Rule 26(f), all parties who have appeared must participate in discovery planning conferences. I request that we schedule the required Rule 26(f) conference pursuant to the federal rules, which mandate this meeting occur "as soon as practicable" and within required timeframes.

Next Steps:
Please advise your availability for the mandatory Rule 26(f) conference. This obligation exists independently of any pending motions and serves the judicial efficiency goals underlying the Court's bifurcated case management approach.

<span style="color: #4A6FE3;">We have already responded to this request and, as you have noted, we have filed motions on this issue. Our position has not changed. We will wait to hear from the Court on the</span>

pending motions.

Best regards,

Frank Staples
Pro Se Plaintiff

FAFO

Sent from Proton Mail Android


-------- Original Message --------
On 6/26/25 8:20 AM, Bentley, Shawna wrote:

> Hello,
>
> I took Plaintiffs' numerous motions contesting the waivers of service as an indicator that Plaintiffs did not want anyone to unilaterally accept/waive service moving forward, and anticipated that doing so would result in further unnecessary motion practice. We remain open to it - that is why I emailed on June 9 asking if you wanted me to look into accepting service, and why I followed up on that topic on June 10 and June 23.
>
> I take this most recent email as an indication that you would like us to accept service. We will seek approval for this with our clients and keep you posted.
>
> Thank you,
> Shawna
>
>
> Shawna P. Bentley (she/her)
> Attorney, Civil Litigation Unit
> New Hampshire Department of Justice
> 1 Granite Place South
> Concord, NH  03301
> (603)271-3658
> shawna.bentley@doj.nh.gov

**Statement of Confidentiality**

DEF000007

The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Attorney General's office immediately at (603)271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

---

**From:** Absolute Defiance <AbsoluteDefiance@pm.me>
**Sent:** Wednesday, June 25, 2025 4:47 PM
**To:** Bentley, Shawna <Shawna.Bentley@doj.nh.gov>
**Cc:** kaffatina@yahoo.com; Ames, Rylee <Rylee.L.Ames@doj.nh.gov>; Jepsen, Meaghan <Meaghan.A.Jepsen@doj.nh.gov>
**Subject:** Re: RE: RE: RE: RE: RE: RE: Frank Staples, et al. v. Christopher Sununu, Governor, et al.

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Subject: Re: Status of Service and Extension Requests – Case No. 1:24-cv-00331-LM-TSM

Dear Attorney Bentley,

Thank you for your follow-up.

We are reviewing the situation regarding service on the newly added Defendants, but I must respectfully express our concern over what appears to be a reversal of position by your office. Specifically, in the earlier stages of this case, your team independently initiated and filed Waivers of Service (see Docs. 6 and 7) without a formal request from Plaintiffs, and even referenced those filings in support of your own motion to consolidate deadlines. At that time, there was no expectation that Plaintiffs needed to formally initiate the process, and your office acted accordingly.

Now, however, it appears you are adopting a different position, stating that Plaintiffs must request that you

DEF000008

accept service — a step that was neither raised nor required when you previously initiated the same process. This change in posture is difficult to reconcile with your earlier actions, especially given that you are now citing this issue as a reason to delay proceedings even further and potentially bifurcate deadlines. That approach undermines efficiency and consistency, and causes procedural confusion.

To clarify:

1. Is your office declining to initiate or facilitate service as was done previously for Defendants under your representation?

2. If so, what is the justification for this departure from your previous practice?

3. Are you open to stipulating to waiver or acceptance of service for the newly added defendants, to maintain procedural continuity and judicial economy?

We are committed to working in good faith to ensure an orderly process. However, this shifting approach not only frustrates resolution but also raises concerns of strategic delay. We respectfully ask for transparency and consistency in your position so that we can move forward without unnecessary motion practice.

Please let us know your position as soon as practicable.

Best regards,
Frank Negus Staples (pro se)
On behalf of Plaintiffs

FAFO

Sent from Proton Mail Android


-------- Original Message --------
On 6/23/25 2:16 PM, Bentley, Shawna wrote:

> Hello,
>
> Checking in on the status of this one – I know that you both ended up assenting re. the extension, but where are we at with service? It doesn't appear that the new individual defendants have been

served, and it looks like that would create some staggered deadlines. As I said below, I am happy to look into accepting service, but would need that request from you guys and would need the clients' consent.

Thank you,
Shawna


Shawna P. Bentley (she/her)
Attorney, Civil Litigation Unit
New Hampshire Department of Justice
1 Granite Place South
Concord, NH  03301
(603)271-3658
shawna.bentley@doj.nh.gov


<u>Statement of Confidentiality</u>
The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Attorney General's office immediately at (603)271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

---

**From:** Absolute Defiance <AbsoluteDefiance@pm.me>
**Sent:** Wednesday, June 11, 2025 11:27 AM
**To:** Bentley, Shawna <Shawna.Bentley@doj.nh.gov>
**Cc:** kaffatina@yahoo.com; Ames, Rylee <Rylee.L.Ames@doj.nh.gov>
**Subject:** Re: RE: RE: RE: RE: RE: Frank Staples, et al. v. Christopher Sununu, Governor, et al.

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open

> attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Hello. I just spoke with Kathleen. We're fine with the extension. Do you need me to file something that shows our assent?

FAFO

Sent from Proton Mail Android

-------- Original Message --------
On 6/10/25 8:37 AM, Bentley, Shawna wrote:

> Hello,
>
> Thank you. I will plan to get something filed today re. the extension but if you both end up assenting re. service/consolidating the deadlines, let me know and we can update the Court.
>
> Thank you,
> Shawna
>
>
> Shawna P. Bentley (she/her)
> Attorney, Civil Litigation Unit
> New Hampshire Department of Justice
> 1 Granite Place South
> Concord, NH  03301
> (603)271-3658
> shawna.bentley@doj.nh.gov

Statement of Confidentiality
The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Attorney General's office immediately at (603)271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

---

**From:** Absolute Defiance <AbsoluteDefiance@pm.me>
**Sent:** Monday, June 9, 2025 6:05 PM
**To:** Bentley, Shawna <Shawna.Bentley@doj.nh.gov>
**Cc:** kaffatina@yahoo.com; Ames, Rylee <Rylee.L.Ames@doj.nh.gov>
**Subject:** Re: RE: RE: RE: RE: Frank Staples, et al. v. Christopher Sununu, Governor, et al.

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Please give me some time to confer work Kathleen. Considering how your office filed waivers of service on our behalf initially, I was assuming that was your standard practice.

Thank you so much.

FAFO

Sent from Proton Mail Android

-------- Original Message --------

On 6/9/25 11:58 AM, Bentley, Shawna wrote:

> Hello,
>
> I hope this finds you well. I am checking in on the status/applicable deadlines of this matter. I see that your Amended Complaint added a number of new defendants, some of which may end up being represented by the DOJ. Has service been completed with regard to the new defendants?
>
> Please let me know re. the above/ re. expected timeline for service if not. We are thinking

DEF000013

that it will make sense to consolidate the deadlines for the defendants represented by the DOJ.

Please also let me know if you assent to extending the response deadline for the State Defendants to June 30, 2025. We plan to file a Motion to Extend tomorrow. Depending on the status of service, and depending on our representation, the goal would be to consolidate deadlines for the new defendants represented by DOJ with this June 30 deadline.

If you would like me to look into accepting service for the new defendants who may be represented by our office (ex. the State Troopers), just let me know.

Thank you,
Shawna

Shawna P.

DEF000014

Bentley (she/her)
Attorney, Civil Litigation Unit
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603)271-3658
shawna.bentley@doj.nh.gov

**Statement of Confidentiality**
The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Attorney General's office immediately at (603)271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

---

**From:** Absolute Defiance <AbsoluteDefiance@pm.me>

DEF000015