| | |
|---|---|
| **From:** | Absolute Defiance |
| **To:** | Bentley, Shawna |
| **Subject:** | Re: RE: RE: RE: RE: RE: RE: Frank Staples, et al. v. Christopher Sununu, Governor, et al. |
| **Date:** | Wednesday, June 11, 2025 12:12:18 PM |

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Excellent. Thank you so much.

FAFO

Sent from Proton Mail Android

-------- Original Message --------
On 6/11/25 11:30 AM, Bentley, Shawna wrote:

> Hello,
>
> Thank you! No need to file something – the Court will grant it based on the lack of objection.
>
> Thank you,
> Shawna
>
>
> Shawna P. Bentley (she/her)
> Attorney, Civil Litigation Unit
> New Hampshire Department of Justice
> 1 Granite Place South
> Concord, NH  03301
> (603)271-3658
> shawna.bentley@doj.nh.gov
>
>
> Statement of Confidentiality
> The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Attorney General's office immediately at (603)271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.
>
> **From:** Absolute Defiance <AbsoluteDefiance@pm.me>
> **Sent:** Wednesday, June 11, 2025 11:27 AM

**To:** Bentley, Shawna <Shawna.Bentley@doj.nh.gov>
**Cc:** kaffatina@yahoo.com; Ames, Rylee <Rylee.L.Ames@doj.nh.gov>
**Subject:** Re: RE: RE: RE: RE: RE: Frank Staples, et al. v. Christopher Sununu, Governor, et al.

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Hello. I just spoke with Kathleen. We're fine with the extension. Do you need me to file something that shows our assent?

FAFO

Sent from Proton Mail Android

-------- Original Message --------
On 6/10/25 8:37 AM, Bentley, Shawna wrote:

> Hello,
>
> Thank you. I will plan to get something filed today re. the extension but if you both end up assenting re. service/consolidating the deadlines, let me know and we can update the Court.
>
> Thank you,
> Shawna
>
>
> Shawna P. Bentley (she/her)
> Attorney, Civil Litigation Unit
> New Hampshire Department of Justice
> 1 Granite Place South
> Concord, NH  03301
> (603)271-3658
> shawna.bentley@doj.nh.gov
>
>
> Statement of Confidentiality
> The information contained in this electronic message and any attachments to this message may contain confidential or privileged

information and is intended for the exclusive use of the addressee(s). Please notify the Attorney General's office immediately at (603)271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

---

**From:** Absolute Defiance <AbsoluteDefiance@pm.me>
**Sent:** Monday, June 9, 2025 6:05 PM
**To:** Bentley, Shawna <Shawna.Bentley@doj.nh.gov>
**Cc:** kaffatina@yahoo.com; Ames, Rylee <Rylee.L.Ames@doj.nh.gov>
**Subject:** Re: RE: RE: RE: RE: Frank Staples, et al. v. Christopher Sununu, Governor, et al.

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

---

Please give me some time to confer work Kathleen. Considering how your office filed waivers of service on our behalf initially, I was assuming that was your standard practice.

Thank you so much.

FAFO

Sent from Proton Mail Android

-------- Original Message --------
On 6/9/25 11:58 AM, Bentley, Shawna wrote:

> Hello,
>
> I hope this finds you well. I am checking in on the status/applicable deadlines of this matter. I see that your Amended Complaint added a number of new defendants, some of which may end up being represented by the DOJ. Has service been completed with regard to the new defendants?
>
> Please let me know re. the above/ re. expected timeline for service if not. We are thinking that it will make sense to consolidate the deadlines for the

defendants represented by the DOJ.

Please also let me know if you assent to extending the response deadline for the State Defendants to June 30, 2025. We plan to file a Motion to Extend tomorrow. Depending on the status of service, and depending on our representation, the goal would be to consolidate deadlines for the new defendants represented by DOJ with this June 30 deadline.

If you would like me to look into accepting service for the new defendants who may be represented by our office (ex. the State Troopers), just let me know.

Thank you,
Shawna


Shawna P. Bentley (she/her)
Attorney, Civil Litigation Unit
New Hampshire Department of Justice
1 Granite Place South
Concord, NH  03301
(603)271-3658
shawna.bentley@doj.nh.gov



Statement of Confidentiality
The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Attorney General's office immediately at (603)271-3658 or reply to justice@doj.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.