UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Staples et al.

    v.                                                       Case No. 24-cv-331-LM-TSM

Governor, NH, State of et al.

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 29, 2025 . "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The motion for temporary restraining order (document 66) is denied without prejudice. The court will consider the motion for preliminary injunctive relief after appropriate briefing from parties.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: October 16, 2025

cc: Frank Staples, pro se
    Kathleen Bussiere, pro se
    Counsel of Record