UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Staples et al.

    v.                                                  Case No. 24-cv-331-LM-TSM

Governor, NH, State of et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 25, 2025 . "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The defendants' motion to extend time to answer (doc. 55) is granted. The plaintiffs' motion for entry of default and for default judgment (doc. 57) is denied.

                                                              _____
                                                              Landya B. McCafferty
                                                              United States District Judge

Date: October 20, 2025

cc:  Frank Staples, pro se
     Kathleen Bussiere, pro se
     Counsel of Record