UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Frank Staples and
Kathleen Bussiere

Case No. 24-cv-331-LM-TSM

    v.

Governor, NH, State of et al.


ORDER

No objection having been filed, I herewith approve the Report and Recommendation (doc. 86) of Magistrate Judge Talesha L. Saint-Marc dated February 12, 2026.  "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal."  Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The claims against the new defendants added in the amended complaint (doc. 48) are dismissed for lack of service.

_____
Landya B. McCafferty
United States District Judge

Date: March 30, 2026


cc: Frank Staples, pro se
    Kathleen Bussiere, pro se
    Counsel of Record