UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Frank Staples and
Kathleen Bussiere

   v.

Case No. 24-cv-331-LM-TSM

Governor, NH, State of et al.


ORDER

After due consideration of the objection filed, I herewith approve the Report

and Recommendation (doc. no. 85) of Magistrate Judge Talesha L. Saint-Marc dated

February 12, 2026 in every respect except one. I dismiss plaintiffs' individual

capacity claims against Governor Sununu and Attorney General Formella

stemming from the October 13, 2021 incident arising under the First, Fourth, and

Fourteenth Amendments on qualified immunity grounds instead of for failure to

state a claim upon which relief may be granted. See, e.g., Mitchell v. Miller, 790

F.3d 73, 77-78 (1st Cir. 2015). Even assuming plaintiffs have plausibly alleged

constitutional violations against Governor Sununu and Attorney General Formella,

plaintiffs failed to demonstrate those violations were of clearly established rights.

Id. at 77 ("The plaintiff bears the burden of demonstrating that the law was clearly

established . . . ."); see also doc. no. 85 at 2 & n.3 (noting that plaintiffs failed to file

an objection to the motion to dismiss). And contrary to plaintiffs' arguments in their

objection to the R&R (doc. no. 88 at 8), qualified immunity may be decided at the

motion to dismiss stage when "the facts that a plaintiff has alleged" do not make out a violation of a constitutional right that was clearly established at the time of the alleged misconduct. Haley v. City of Boston, 657 F.3d 39, 47 (1st Cir. 2011) (quoting Pearson v. Callahan, 555 U.S. 223, 232 (1984)).

The defendants' motion to dismiss (doc. no. 60) is granted. Plaintiff Staples's motion for preliminary injunction (doc. no. 66) is denied. The clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: March 30, 2026


cc: Frank Staples, pro se
    Kathleen Bussiere, pro se
    Counsel of Record