UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Frank Staples et al.

v.                                    Case No. 24-cv-331-LM-TSM

Governor, NH, State of et al

JUDGMENT

In accordance with the following, judgment is hereby entered:

(1)   Order by Judge Landya B. McCafferty dated March 30, 2026,
      (doc. 89) approving the Report and Recommendation of
      Magistrate Judge Talesha L. Saint-Marc dated February 12,
      2026; and

(2)   Order by Judge Landya B. McCafferty dated March 30, 2026,
      (doc. 90) approving the Report and Recommendation of
      Magistrate Judge Talesha L. Saint-Marc dated February 12,
      2026.

The prevailing party may recover costs consistent with Fed.
R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: March 31, 2026


cc:   Frank Staples, pro se
      Kathleen Bussiere, pro se
      Counsel of Record